**Order entered December 10, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00629-CV

### IN THE INTEREST OF S.C. AND K.C., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-16417**

## ORDER

Although we ordered court reporter Glenda E. Finkley to file the reporter's record in this appeal no later than November 29, 2018, the record has not been filed. Accordingly, we **ORDER** Ms. Finkley to file the record **no later than December 20, 2018.**

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable David Lopez, Presiding Judge of the 256th Judicial District Court; Ms. Finkley; and, the parties.

/s/     DAVID EVANS
         JUSTICE